## FAGENSON & PUGLISI
### ATTORNEYS AT LAW

450 SEVENTH AVENUE
SUITE 704
NEW YORK, NEW YORK 10123

LAWRENCE M. FAGENSON
CONCETTA PUGLISI
NOVLETTE R. KIDD

TELEPHONE: (212) 268-2128
FAX: (212) 268-2127

April 23, 2010

HON. BRIAN M. COGAN, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

**Re: Lerney Morales v. Admin Recovery, LLC and Angelo Marzulo, Case No. 10-cv-1221(BMC)**

Dear Judge Cogan,

This firm represents the plaintiff in the captioned matter.

The matter is on the Court's calendar for initial conference on April 29, 2010.

The case has been settled in principle. The parties respectfully request that the initial conference be marked off the Court's calendar and that the parties be allowed 30 days so that the settlement may be consummated. The plaintiff expects to file a notice of dismissal within that time.

I thank you for your kind consideration of the foregoing.

Very truly yours,
FAGENSON & PUGLISI

By: _____
NOVLETTE R. KIDD, ESQ.

cc: Michael A. Rossi, Esq., for Defendant, by fax: (716)773-4643